John McCormick, Respondent, v. James M. Thompson, Appellant, Impleaded, etc.— Order modified so as to allow the service of the proposed case within ten days of the granting of this modification. No costs.

Mary McDermott, Respondent, v. Fonda, Johnstown and Gloversville Railroad Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event of the action. All concurred, except Cochrane, J., dissenting.

Albert Newcombe, Respondent, v. George N. Ostrander and Others, as Executors, etc., of George R. Finch, Deceased, and George N. Ostrander and Helen E. Foulds, Individually, Appellants.— Judgment unanimously affirmed, with costs.

Robert Parker, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Edward Connolly, Appellant.— Judgment of conviction and order unanimously affirmed.

The People of the State of New York, Respondent, v. Charles Teeling, Appellant.— Judgment of conviction and order affirmed. All concurred.

The People of the State of New York ex rel. Fifth Avenue Coach Company, Respondent, v. Samuel S. Koenig, as Secretary of State of the State of New York, Appellant.— Order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Bank of Staten Island, Defendant. In the Matter of the Judicial Settlement of the Account of Joseph B. Mayer, Former Receiver of the Bank of Staten Island, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, without passing upon the liability of the receiver, which question can only properly be determined when all the facts are before the court. All concurred.

The People of the State of New York, Respondent, v. Albert Bright, Appellant.— Judgment of conviction and order unanimously affirmed.

Ethel M. Parsons, Respondent, v. Arthur H. Parsons, Appellant.— Judgment reversed on law and facts upon the ground that the evidence failed to show abandonment of the plaintiff by the defendant, and new trial granted. All concurred.

George Palmateer, Appellant, v. Joseph A. Oaks and Joseph M. Oaks, Respondents.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Alice E. Fenn, Appellant, v. George H. Gibbard, as Commissioner of Highways of the Town of Putnam, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred. Houghton, J., not sitting.